WEIMER, J.,
concurring in part, dissenting in part.
hi concur in the finding by this court that the word “forward” in LSA-R.S. 13:850 means to “send” the document, but do not find it necessary to remand the matter to the trial court.
The parties do not dispute that Ms. Hunter forwarded the original document and fees to the Clerk’s Office through the United States Postal Service. Additionally, there is no dispute that the original document and fees were received by the Clerk’s Office on March 16, 2007, the sixth legal day after the facsimile transmission of the pleading at issue. It is more probable than not that the original document and fees would not be received by the clerk on the same day they were mailed. Because of these facts, I believe the record contains sufficient information for this court to make the factual determination that the original document and fees were forwarded within the five legal days required by LSA-R.S. 13:850.
I would find that there are sufficient facts in the record to rule in plaintiffs favor without remanding the matter.